UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 95-7370

---

STEPHEN LOUIS MOORE,

Plaintiff - Appellant,

versus

GARY T. DIXON; J. B. FRENCH; ROBEY LEE; KEN
HARRIS; R. D. BRITTON; BENNIE MACK; CARLTON
JOYNER; FRANKLIN E. FREEMAN, JR.; LYNN
PHILLIPS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge. (CA-93-644-5-CT-BR)

---

Submitted: March 21, 1996        Decided: April 4, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Stephen Louis Moore, Appellant Pro Se. Jacob Leonard Safron, Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying re-
lief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the
record and the district court's opinion accepting the magistrate
judge's recommendation and find no reversible error. Accordingly,
we affirm on the reasoning of the district court. <u>Moore v. Dixon</u>,
No. CA-93-644-5-CT-BR (E.D.N.C. Aug. 23, 1995). We dispense with
oral argument because the facts and legal contentions are adequate-
ly presented in the materials before the court and argument would
not aid the decisional process.

<u>AFFIRMED</u>